1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| RITA M. BREZINSKY, | ) Case No. EDCV 06-83-OP |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,[1] | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

17      Pursuant to the Memorandum Opinion; Order of the United States

18  Magistrate Judge,

19  / / /

20  / / /

21  / / /

22
23
24
25

26      [1] On February 12, 2007, Michael J. Astrue became the Commissioner of the

27  Social Security Administration.  Thus, Michael J. Astrue is substituted for
    Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure

28  25(d)(1).

1

1      IT IS ADJUDGED that Judgment be entered affirming the decision of the

2   Commissioner and dismissing this action with prejudice.

3

4

5

   DATED: April 15, 2008

6                                          _____
                                           HONORABLE OSWALD PARADA
7                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28